**George G. BLESSITT and Willie Neal, Jr., Plaintiffs–Appellants,**

**v.**

**RETIREMENT PLAN FOR EMPLOYEES OF DIXIE ENGINE CO., et al., Defendants–Appellees.**

**No. 86–8123.**

United States Court of Appeals, Eleventh Circuit.

Jan. 20, 1988.

James S. Altman, Richard D. Ellenberg, P.C., Atlanta, Ga., for plaintiffs-appellants.

David M. Leonard, Daniel P. Johnson, Harvey R. Spiegel, Atlanta, Ga., for defendants-appellees.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING IN BANC

Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing in banc,

IT IS ORDERED that the above cause shall be reheard by this court in banc *with* oral argument on a date hereafter to be fixed. The previous panel's opinion is hereby VACATED.